IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:     BOBBY & WANDA HATTON                         CASE NO. 6:13-bk-72529
                      DEBTORS                                                      CHAPTER **7**

## ORDER

Before the Court is the Notice to Amend Order filed by the Trustee to amend the Order previously entered as follows:

1. An Order was entered on November 4, 2014 authorizing the Trustee to sell property (cattle)(Document #270) at public sale.

2. Without consulting the Trustee, Oauchita Livestock Market, LLC conducted the sale, selling the cattle on October 31, 2014.

3. The Notice to Amend Order was mailed to all creditors and parties-in-interest. No objections were filed with the Court.

THEREFORE IT IS HEREBY, ORDERED that the Ordered entered November 4, 2014 be amended and entered as *nunc pro tunc* as of October 31, 2014.

IT IS SO ORDERED.

                                                                            /s/ Ben Barry
                                                                  _____
                                                                  UNITED STATES BANKRUPTCY JUDGE

DATE:  December 30, 2014

APPROVED:

 /s/Frederick S. Wetzel, III_____
Frederick S. Wetzel, III, Trustee
FREDERICK S. WETZEL, III, P.A.
200 North State St., Suite 200
Little Rock, Arkansas  72201-1399

cc:     Debtor
         Attorney for Debtor
         Trustee
         United States Trustee

Entered On Docket: 12/30/2014